DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD POLAKOFF** and **ROBIN POLAKOFF,**
Appellants,

v.

**ACTION ROOFING SERVICES, INC.,**
Appellee.

No. 4D2023-0242

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18-9777.

Scott N. Gelfand of Scott N. Gelfand, P.A., Coral Springs, for appellants.

Carol M. Rooney of Butler Weihmuller Katz Craig LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***